RILEY A. CLAYTON
Nevada Bar No. 005260
rclayton@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

Attorneys for Defendant,
CSAA General Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BLANCA FELIX, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>CSAA GENERAL INSURANCE COMPANY, a Nevada Corporation; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive.<br><br>        Defendant. | CASE NO.: 2:15-cv-02498-APG-NJK<br><br>STIPULATION AND ORDER FOR EXTENSION OF BRIEFING DEADLINES FOR DEFENDANT'S RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF NO. 30)<br><br>(First Request) |

Plaintiff, Blanca Felix, and Defendant, CSAA General Insurance Company, by and through their respective counsel, hereby stipulate that CSAA may have up to and including August 14, 2017, to file its Reply in Support of Defendant's, CSAA General Insurance Company's, Renewed Motion for Partial Summary Judgment on Plaintiff's Extra-contractual Claims (ECF No. 30, filed on June 29, 2017). This is the parties' first request for an extension regarding the present briefing schedule. The basis for this extension is due to the fact that CSAA's counsel is on vacation during part of the time allowed for preparing and submitting the brief on the originally scheduled deadline, and needs the additional time to make up for those days when he was out of the office. The parties agree that this extension is based

/ / /

/ / /

1    on good cause and not for purposes of delay.

2    DATED this 26th day of July, 2017.        DATED this 26th day of July, 2017.

3    LAW OFFICES OF KEVIN R. HANSEN           HALL JAFFE & CLAYTON, LLP

4

5    _____         _____
     Kevin R. Hansen, Esq. (#6336)            Riley A. Clayton (#5260)
6    Amy M. Wilson, Esq. (#13421)             7425 Peak Drive
     5440 West Sahara Avenue, Suite 206       Las Vegas, NV 89128
7    Las Vegas, NV 89146                      (702) 316-4111
     Tel.: (702) 478-7777                     Fax: (702) 316-4114
8    Fax: (702) 728-2484                      rclayton@lawhjc.com
     kevin@kevinrhansen.com                   *Attorneys for Defendant,*
9    amy@kevinrhansen.com                     *CSAA General Insurance Company*
     *Attorneys for Plaintiff,*
10   *Blanca Felix*

11

12

13

14                              **ORDER**

15                      IT IS SO ORDERED.

16

17

18   _____
     UNITED STATES DISTRICT COURT JUDGE
19   Dated: July 26, 2017.

20

21

22

23

24

25

26

27

28                                  2