# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

BLANCA FELIX,

        Plaintiff,

    v.

CSAA GENERAL INSURANCE
COMPANY,

        Defendant.

Case No. 2:15-cv-02498-APG-NJK

**ORDER FOR PARTIES TO FILE
JOINT PROPOSED PRETRIAL
ORDER**

Pursuant to the scheduling order, the proposed joint pretrial order was due thirty days after the court's ruling on dispositive motions. ECF No. 11. I denied the defendant's renewed motion for partial summary judgment on February 27, 2018. More than thirty days have passed but the parties have not filed a joint proposed pretrial order.

IT IS THEREFORE ORDERED that on or before April 27, 2018, the parties shall file a joint proposed pretrial order.

DATED this 4th day of April, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE