# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BLANCA FELIX, | Case No. 2:15-cv-02498-APG-NJK |
| Plaintiff, | |
| v. | **ORDER** |
| CSAA GENERAL INSURANCE COMPANY, | |
| Defendant. | |

In light of the notice of settlement (ECF No. 39),

IT IS ORDERED that the deadline to file an amended joint pretrial report is extended to June 13, 2018, as requested.

DATED this 14th day of May, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE